AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAR 24 2018

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Arick Joaquin ALANIS-Barrientos (Y.O.B. 1997)<br>Citizenship: Mexico<br><br>*Defendant(s)* | Case No. M-18-0631-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 23, 2018** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21USC952(a) and 21USC841(a)(1) | Defendant did knowingly and intentionally possess with the intent to distribute and knowingly and intentionally import into the United States from Mexico approximately 5.34 kilograms of Heroin, a schedule I controlled substance |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

_____
Complainant's signature

J. Michael Salinas, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/24/2018  4:02 pm

_____
Judge's signature

Peter E Ormsby
U.S. Magistrate Judge
*Printed name and title*

City and state: McAllen, Texas

**Attachment "A"**

On March 23, 2018 at approximately 12:04 p.m., Arick Joaquin ALANIS-Barrientos applied for admission into the United Stated at the Pharr, Texas Port of Entry. ALANIS-Barrientos was operating a red in color Dodge Stratus bearing Queretaro (Mexico) license plates and stated that the purpose of his visit to the United States was to visit family and go shopping. ALANIS-Barrientos was referred for a secondary inspection where a Customs and Border Protection K-9 alerted to the presence of narcotics in the vehicle. An x-ray scan of the vehicle was conducted which resulted in the discovery of anomalies within the vehicle battery. The battery was probed with a drill and was found to contain a brown substance which field tested positive for heroin. A total of 9 cellophane wrapped bundles containing 5.34 kilograms of heroin was located concealed within the vehicle battery.

At approximately 3:00 p.m. Arick Joaquin ALANIS-Barrientos was interviewed by HSI Special Agent Joe Michael Salinas and HSI Task Force Officer Mark Lewis. During the interview, ALANIS-Barrientos admitted that he knew he was transporting illegal narcotics, which were concealed in the vehicle battery. ALANIS-Barrientos stated that he was to be paid approximately $2,000 in U.S. currency for transporting the narcotics into the United States. A male passenger traveling with ALANIS-Barrientos, identified as Juan Carlos BENAVIDES-Barrientes, was released after investigation.